John H. SPENCE, Appellant,

v.

Catherine SPENCE, Appellee.

No. 2843.

Municipal Court of Appeals for the District of Columbia.

Submitted Oct. 9, 1961.

Decided Nov. 3, 1961.

Maurice R. Weeks, Washington, D. C., for appellant.

Fred C. Sacks, Washington, D. C., for appellee.

Before HOOD and QUINN, Associate Judges, and SMITH, Chief Judge of The Municipal Court for the District of Columbia, sitting by designation.

PER CURIAM.

This appeal is from an order denying a motion to vacate an order requiring appellant to make monthly payments to his wife

for her separate maintenance. The sole error claimed is that the court's action constituted an abuse of discretion. The record furnishes no support for this claim of error.

Affirmed.